No. 77–499. BOARD OF SUPERVISORS OF HINDS COUNTY, MISSISSIPPI, ET AL. v. KIRKSEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–506. PETERS v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 77–509. ROSANSKY v. LADENBURG, THALMANN & Co., INC. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 77–513. LOS ALAMOS SCHOOL BOARD v. WUGALTER, CHIEF, PUBLIC SCHOOL FINANCE DIVISION, DEPARTMENT OF FINANCE AND ADMINISTRATION OF NEW MEXICO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 77–516. ZOLA v. CITY OF WAVERLY. Ct. App. Ohio, Pike County. Certiorari denied.

No. 77–519. NEWCOMB v. BRENNAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 77–520. KING v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 77–523. WILSON, ADMINISTRATRIX v. CROUSE-HINDS Co. C. A. 8th Cir. Certiorari denied.

No. 77–530. UNITED STATES v. ASHLAND OIL, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 77–535. GOSS v. REVLON, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–536. WINTERS v. MILLER, COMMISSIONER OF MENTAL HYGIENE OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.